**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Eduardo Martinez v. The State of Texas

Appellate case number:    01-15-00592-CR

Trial court case number:  1031995

Trial court:                183rd District Court of Harris County

On March 29, 2016, this Court issued an order, abating the appeal and directing the trial court to hold a hearing to determine why appellant's brief had not been filed. This Court had previously ordered the filing of the brief without a reporter's record because appellant had not made arrangements to pay for the record. The trial court held a hearing on April 6, 2016, and determined that appellant had retained new counsel, Nicole DeBorde. The trial court further ruled that the reporter's record should be filed 60 days from the date of the hearing. The hearing record from this hearing was filed on May 6, 2016. No supplemental clerk's record has been filed.

Accordingly, we reinstate the appeal on the active docket and set the reporter's record due on June 6, 2016. Appellant's brief will be due within 30 days of the filing of the reporter's record.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☒ Acting individually    ☐ Acting for the Court

Date: May 24, 2016_